NEVILLE M. TUCKER SBN 152069
LAW OFFICES OF NEVILLE M. TUCKER
865 S. Figueroa St., Suite 2640
Los Angeles, CA  90017
213-630-8830

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian V. Williams , <br><br>　　　　　　Plaintiff <br>vs. <br><br>State Center Community College District and Does 1 to 10, <br><br>　　　　　　Defendants. | Case No: 1:06-CV-01399 OWW DLB <br><br>**STIPULATION AND ORDER AMENDING THE DISCOVERY CUT-OFF DATE**. |

　　　IT IS HEREBY STIPULATED AND AGREED that the parties by and through their respective attorneys of record, hereby stipulate and agree to amending the Scheduling Conference Order in the above-referenced matter as follows:

　　　1. The discovery cutoff be continued from September 21, 2007 to September 30, 2007.

　　　No other dates are continued by this stipulation and order.

Dated:   August 8,   2007

　　　　　　　　　　　　　　　　　　　　　 /s/ Neville M. Tucker
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NEVILLE M. TUCKER
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　　/s/Sue Ann Cercone
Dated: August         2007
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUE ANN CERCONE
　　　　　　　　　　　　　　　　　　　　　MARDEROSIAN.RUNYON,CERCONE, LEHMAN & ARMO

**COMPLAINT**

Attorney for Defendants

ORDER

IT IS HEREBY ORDERED that:

1. The discovery cutoff be continued from September 21, 2007 to September 30, 2007.

IT IS SO ORDERED.

**Dated:   September 23, 2007**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

2