Sue Ann Cercone, No. 143122
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendant STATE CENTER COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN V. WILLIAMS,<br><br>  Plaintiff,<br><br>  vs.<br><br>STATE CENTER COMMUNITY<br>COLLEGE DISTRICT, and DOES 1 to 10,<br><br>  Defendants. | Case No. 1:06-CV-01399 OWW DLB<br><br>**STIPULATION RE DISMISSAL OF DEFENDANT STATE CENTER COMMUNITY COLLEGE DISTRICT; ORDER** |

IT IS SO STIPULATED by and between the parties hereto, though their counsel of record herein, that defendant STATE CENTER COMMUNITY COLLEGE DISTRICT shall be dismissed from this action, with prejudice.

Dated: March 3, 2008.          LAW OFFICES OF NEVILLE M. TUCKER


                               By:   /s/ Neville M. Tucker
                                    NEVILLE M. TUCKER,
                                    Attorney for Plaintiff BRIAN V. WILLIAMS

Dated: March 3, 2008.          MARDEROSIAN, RUNYON, CERCONE,
                               LEHMAN & ARMO


                               By:   /s/ Sue Ann Cercone
                                    SUE ANN CERCONE,
                                    Attorneys for defendant STATE CENTER
                                     COMMUNITY COLLEGE DISTRICT

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

1
2
3
4
5
6

## ORDER

IT IS HEREBY ORDERED that defendant STATE CENTER COMMUNITY COLLEGE DISTRICT is dismissed, with prejudice, from the above-captioned action.

IT IS SO ORDERED.

**Dated:   March 5, 2008**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721